IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO SANDOVAL,<br><br>    Defendant.<br>_____/ | No.10-00615 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

    Defendant Francisco Sandoval's plea of guilty is accepted by the Court as to Counts (1) One and (2) Two of the Information charging Defendant Francisco Sandoval with in Failure to Pay Taxes and Harboring Illegal Aliens violations of 26 U.S.C. § 7202 and 8 U.S.C. § 1324 (a)(1)(A)(iii).  Sentencing is set for Wednesday, December 8, 2010 at 2:30 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 9/14/2010

                                   CLAUDIA WILKEN<br>                                   United States District Judge

cc:  SUE; DMR